ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| RockCrest Investments, LLC d.b.a. | ) | ASBCA No. 59285 |
| NewTech | ) | |
| | ) | |
| Under Contract No. FA8125-12-C-0002 | ) | |

APPEARANCE FOR THE APPELLANT:       James D. Hogan, Jr., Esq.
                                     Marietta, GA

APPEARANCES FOR THE GOVERNMENT:     Col Matthew J. Mulbarger, USAF
                                     Air Force Chief Trial Attorney
                                     Christopher S. Cole, Esq.
                                     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  12 April 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59285, Appeal of RockCrest Investments, LLC d.b.a. NewTech, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals